UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

PRB MANAGEMENT, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case No.: 2:18-cv-02473-MCE-CKD

**ORDER**

Pursuant to the parties' Joint Notice of Settlement (ECF No. 8), the Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60-days of the filing date of this Order. The Court sets a Status Conference for **January 24, 2019 at 11:00 a.m.**, at which the parties, by and through their attorneys of record, shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

IT IS SO ORDERED.

Dated: November 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order    -1-    2:18-cv-02473-MCE-CKD